United States Courts
Southern District of Texas
FILED

SEP 14 2015

A091 (Rev. 8/01) Criminal Complaint

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**Abraham HERNANDEZ-Zavala**

**CRIMINAL COMPLAINT**

Case Number: C-15-1195M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about     **September 13, 2015**   in _____**Kleberg**_____ County, in the
                                                                    (Date)

Southern     District of     Texas     defendant,     **Abraham HERNANDEZ-Zavala**

a native and citizen of <u>Mexico</u>, and an alien who had been previously deported from the United States, was found unlawfully within the United States in Kleberg County Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____ .

I further state that I am a(n)     **Border Patrol Agent**     and that this complaint is based on the
                                                Official Title
following facts:

On September 13, 2015 Kingsville Border Patrol Agents encountered HERNANDEZ-Zavala, Abraham walking in the brush while attempting to circumvent the Sarita, Texas Border Patrol Checkpoint. Agents determined HERNANDEZ was a citizen and national of Mexico with no immigration documents to be or remain in the United States legally. Records checks revealed HERNANDEZ had been ordered removed from the United States by an Immigration Judge on March 13, 2006 in Seattle, Washington and had been physically removed from the United States on or about March 18, 2006 via San Ysidro, California. Record Checks further reveal HERNADEZ was convicted of Possession of Methamphetamine and sentenced to 35 months confinement. HERNANDEZ was also convicted of 8 USC 1326 illegal re-entry and sentenced to 48 months confinement. HERNANDEZ stated that his last entry into the United States was on September 1, 2015 near Brownsville, Texas. At this time, there is no evidence to indicate that HERNANDEZ has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. U.S. Border Patrol Prosecutions presented the facts to AUSA Elsa Salinas who accepted prosecution for 8 USC 1326, Reentry after Deportation.

Signature of Complainant

**Julio R. Zuniga**
Printed Name of Complainant

Sworn to before me and signed in my presence,

and probable cause found on:

**September 14, 2015**
Date

at     **Corpus Christi, Texas**
              City and State

**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer